LUKE C. ZOUVAS (SBN 216154)
2907 SHELTER ISLAND DRIVE, SUITE 105
SAN DIEGO, CA 92106
(619) 300-6971
LZOUVAS@ZOUVASLAW.COM

**IN PRO PER**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>LUKE C. ZOUVAS, et al.<br><br>Defendants. | CASE NO. 16CV0998 CAB DHB<br><br>[PROPOSED] OPINION AND ORDER |

Defendant, Luke C. Zouvas, hereby answers the Complaint ("Complaint") of Plaintiff, Securities and Exchange Commission ("Plaintiff") as follows:

## Introduction

1.   Answering Paragraph 1 of the Complaint, Defendant denies the allegations.

2.   Answering Paragraph 2 of the Complaint, Defendant denies the allegations.

3.   Answering Paragraph 3 of the Complaint, Defendant denies the allegations.

///

///

1

**Defendant and Related Entities and Individuals**

4.     Answering Paragraph 4 of the Complaint, Defendant is without knowledge sufficient to admit or deny the allegations, and therefore denies them.

5.     Answering Paragraph 5 of the Complaint, Defendant is without knowledge sufficient to admit or deny the allegations, and therefore denies them.

6.     Answering Paragraph 6 of the Complaint, Defendant is without knowledge sufficient to admit or deny the allegations, and therefore denies them.

7.     Answering Paragraph 7 of the Complaint, Defendant is without knowledge sufficient to admit or deny the allegations, and therefore denies them.

8.     Answering Paragraph 8 of the Complaint, Defendant is without knowledge sufficient to admit or deny the allegations, and therefore denies them.

9.     Answering Paragraph 9 of the Complaint, Defendant is without knowledge sufficient to admit or deny the allegations, and therefore denies them.

10.     Answering Paragraph 10 of the Complaint, Defendant is without knowledge sufficient to admit or deny the allegations, and therefore denies them.

**Jurisdiction and Venue**

11.     Answering Paragraph 11 of the Complaint, Defendant admits that the Court has subject matter jurisdiction over this matter.

12.     Answering Paragraph 12 of the Complaint, Defendant admits that the Court has personal jurisdiction over him.  Without waiving his right to assert that another venue is more appropriate, Defendant admits that this District is a proper venue.

13.     Answering Paragraph 13 of the Complaint, Defendant denies the allegations.

///
///
///
///

2

DEFENDANT'S ANSWER TO COMPLAINT

Case No. 15-cv-01039-H-JLB

**Factual Background**

14.     Answering Paragraph 14 of the Complaint, Defendant is without knowledge sufficient to admit or deny the allegations, and therefore denies them.

15.     Answering Paragraph 15 of the Complaint, Defendant is without knowledge sufficient to admit or deny the allegations, and therefore denies them.

16.     Answering Paragraph 16 of the Complaint, Defendant is without knowledge sufficient to admit or deny the allegations, and therefore denies them.

17.     Answering Paragraph 17 of the Complaint, Defendant is without knowledge sufficient to admit or deny the allegations, and therefore denies them.

18.     Answering Paragraph 18 of the Complaint, Defendant is without knowledge sufficient to admit or deny the allegations, and therefore denies them.

19.     Answering Paragraph 19 of the Complaint, Defendant denies the allegations.

20.     Answering Paragraph 20 of the Complaint, Defendant is without knowledge sufficient to admit or deny the allegations, and therefore denies them.

21.     Answering Paragraph 21 of the Complaint, Defendant is without knowledge sufficient to admit or deny the allegations, and therefore denies them.

22.     Answering Paragraph 22 of the Complaint, Defendant is without knowledge sufficient to admit or deny the allegations, and therefore denies them.

23.     Answering Paragraph 23 of the Complaint, Defendant is without knowledge sufficient to admit or deny the allegations, and therefore denies them.

24.     Answering Paragraph 24 of the Complaint, Defendant denies the allegations.

25.     Answering Paragraph 25 of the Complaint, Defendant is without knowledge sufficient to admit or deny the allegations, and therefore denies them.

26.     Answering Paragraph 26 of the Complaint, Defendant is without knowledge sufficient to admit or deny the allegations, and therefore denies them.

3

27.     Answering Paragraph 27 of the Complaint, Defendant is without knowledge sufficient to admit or deny the allegations, and therefore denies them.

28.     Answering Paragraph 28 of the Complaint, Defendant is without knowledge sufficient to admit or deny the allegations, and therefore denies them.

29.     Answering Paragraph 29 of the Complaint, Defendant is without knowledge sufficient to admit or deny the allegations, and therefore denies them.

30.     Answering Paragraph 30 of the Complaint, Defendant is without knowledge sufficient to admit or deny the allegations, and therefore denies them.

31.     Answering Paragraph 31 of the Complaint, Defendant is without knowledge sufficient to admit or deny the allegations, and therefore denies them.

32.     Answering Paragraph 32 of the Complaint, Defendant is without knowledge sufficient to admit or deny the allegations, and therefore denies them.

33.     Answering Paragraph 33 of the Complaint, Defendant is without knowledge sufficient to admit or deny the allegations, and therefore denies them.

34.     Answering Paragraph 34 of the Complaint, Defendant is without knowledge sufficient to admit or deny the allegations, and therefore denies them.

35.     Answering Paragraph 35 of the Complaint, Defendant is without knowledge sufficient to admit or deny the allegations, and therefore denies them.

36.     Answering Paragraph 36 of the Complaint, Defendant denies the allegations.

37.     Answering Paragraph 37 of the Complaint, Defendant is without knowledge sufficient to admit or deny the allegations, and therefore denies them.

38.     Answering Paragraph 38 of the Complaint, Defendant denies the allegations.

39.     Answering Paragraph 39 of the Complaint, Defendant is without knowledge sufficient to admit or deny the allegations, and therefore denies them.

40.     Answering Paragraph 40 of the Complaint, Defendant denies the allegations.

41.     Answering Paragraph 41 of the Complaint, Defendant denies the allegations.

4

42.     Answering Paragraph 42 of the Complaint, Defendant denies the allegations in the first and second sentences.  Defendant is without knowledge sufficient to admit or deny the allegations, and therefore denies them.

43.     Answering Paragraph 43 of the Complaint, Defendant is without knowledge sufficient to admit or deny the allegations, and therefore denies them.

44.     Answering Paragraph 44 of the Complaint, Defendant is without knowledge sufficient to admit or deny the allegations, and therefore denies them.

45.     Answering Paragraph 45 of the Complaint, Defendant is without knowledge sufficient to admit or deny the allegations, and therefore denies them.

46.     Answering Paragraph 46 of the Complaint, Defendant is without knowledge sufficient to admit or deny the allegations, and therefore denies them.

47.     Answering Paragraph 47 of the Complaint, Defendant is without knowledge sufficient to admit or deny the allegations, and therefore denies them.

48.     Answering Paragraph 48 of the Complaint, Defendant is without knowledge sufficient to admit or deny the allegations, and therefore denies them.

49.     Answering Paragraph 49 of the Complaint, Defendant is without knowledge sufficient to admit or deny the allegations, and therefore denies them.

50.     Answering Paragraph 50 of the Complaint, Defendant denies the allegations.

51.     Answering Paragraph 51 of the Complaint, Defendant denies the allegations.

52.     Answering Paragraph 52 of the Complaint, Defendant denies the allegations.

53.     Answering Paragraph 53 of the Complaint, Defendant denies the allegations.

54.     Answering Paragraph 54 of the Complaint, Defendant denies the allegations.

55.     Answering Paragraph 55 of the Complaint, Defendant is without knowledge sufficient to admit or deny the allegations, and therefore denies them.

5

56.   Answering Paragraph 56 of the Complaint, Defendant is without knowledge sufficient to admit or deny the allegations, and therefore denies them.

///

57.   Answering Paragraph 57 of the Complaint, Defendant denies the allegations.

58.   Answering Paragraph 58 of the Complaint, Defendant is without knowledge sufficient to admit or deny the allegations, and therefore denies them.

59.   Answering Paragraph 59 of the Complaint, Defendant denies them.

60.   Answering Paragraph 60 of the Complaint, Defendant is without knowledge sufficient to admit or deny the allegations, and therefore denies them.

61.   Answering Paragraph 61 of the Complaint, Defendant is without knowledge sufficient to admit or deny the allegations, and therefore denies them.

62.   Answering Paragraph 62 of the Complaint, Defendant is without knowledge sufficient to admit or deny the allegations, and therefore denies them.

63.   Answering Paragraph 63 of the Complaint, Defendant is without knowledge sufficient to admit or deny the allegations, and therefore denies them.

64.   Answering Paragraph 64 of the Complaint, Defendant is without knowledge sufficient to admit or deny the allegations, and therefore denies them.

65.   Answering Paragraph 65 of the Complaint, Defendant is without knowledge sufficient to admit or deny the allegations, and therefore denies them.

66.   Answering Paragraph 66 of the Complaint, Defendant denies the allegations.

67.   Answering Paragraph 67 of the Complaint, Defendant is without knowledge sufficient to admit or deny the allegations, and therefore denies them.

68.   Answering Paragraph 68 of the Complaint, Defendant is without knowledge sufficient to admit or deny the allegations, and therefore denies them.

DEFENDANT'S ANSWER TO COMPLAINT
Case No. 15-cv-01039-H-JLB

1

2

3

69.    Answering Paragraph 69 of the Complaint, Defendant is without knowledge sufficient to admit or deny the allegations, and therefore denies them.

4

5

70.    Answering Paragraph 70 of the Complaint, Defendant is without knowledge sufficient to admit or deny the allegations, and therefore denies them.

6

7

71.    Answering Paragraph 71 of the Complaint, Defendant is without knowledge sufficient to admit or deny the allegations, and therefore denies them.

8

9

72.    Answering Paragraph 72 of the Complaint, Defendant is without knowledge sufficient to admit or deny the allegations, and therefore denies them.

10

11

73.    Answering Paragraph 73 of the Complaint, Defendant is without knowledge sufficient to admit or deny the allegations, and therefore denies them.

12

13

74.    Answering Paragraph 74 of the Complaint, Defendant is without knowledge sufficient to admit or deny the allegations, and therefore denies them.

14

15

75.    Answering Paragraph 75 of the Complaint, Defendant is without knowledge sufficient to admit or deny the allegations, and therefore denies them.

16

## Count 1

17

18

76.    Answering Paragraph 76 of the Complaint, to the extent any response is required, Defendant denies the allegations.

19

20

21

77.    Answering Paragraph 77 of the Complaint, Defendant denies the allegations.

22

23

78.    Answering Paragraph 78 of the Complaint, Defendant denies the allegations.

24

## Count 2

25

26

79.    Answering Paragraph 79 of the Complaint, to the extent any response is required, Defendant denies the allegations.

27

28

7

80. Answering Paragraph 80 of the Complaint, Defendant denies the allegations.

81. Answering Paragraph 81 of the Complaint, Defendant denies the allegations.

## Count 3

82. Answering Paragraph 82 of the Complaint, to the extent any response is required, Defendant denies the allegations.

83. Answering Paragraph 83 of the Complaint, Defendant denies the allegations.

84. Answering Paragraph 84 of the Complaint, Defendant denies the allegations.

## Count 4

85. Answering Paragraph 85 of the Complaint, to the extent any response is required, Defendant denies the allegations.

86. Answering Paragraph 86 of the Complaint, Defendant denies the allegations.

87. Answering Paragraph 87 of the Complaint, Defendant denies the allegations.

## Relief Requested

88. Defendant denies that Plaintiff is entitled to the relief sought.

## AFFIRMATIVE DEFENSES

Defendant sets forth below his affirmative defenses. By setting forth these affirmative defenses, Defendant does not assume the burden of proving any fact, issue, or element of a cause of action where such burden properly belongs to

8

Plaintiff.  Moreover, nothing stated herein is intended or shall be construed as an acknowledgement that any particular issue or subject matter necessarily is relevant to Plaintiff's allegations.

## First Affirmative Defense

Plaintiff's claims are barred, in whole or in part, because Defendant relied upon the representations of his clients and third parties.  Defendant had no reason to believe any representations made by client's at the time were anything other than factual representations upon which Defendant relied upon.

## Second Affirmative Defense

To the extent Plaintiff's claims arise from events that allegedly occurred prior to April 25, 2011, Plaintiff's claims are barred by limitations.  Specifically, Plaintiff alleges certain facts occurred in 2010, and then alleges that Defendant violated the securities laws from "no later than December 2011 through at least December 2012."

## PRAYER

WHEREFORE, Defendants pray for judgment as follows:

1.      That Plaintiff takes nothing by way of the Complaint;

2.      That the Complaint be dismissed with prejudice and judgment entered in favor of Defendant;

3.      That Defendant be awarded his costs, disbursements and attorneys' fees in this action; and

4.      For such other and further relief as this Court deems just and proper.

DEFENDANT'S ANSWER TO COMPLAINT
Case No. 15-cv-01039-H-JLB

1

DATED:  December 5, 2016        LUKE C. ZOUVAS

2

3

By   */s/ Luke C. Zouvas*
                Luke C. Zouvas
                In Pro Per

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT'S ANSWER TO COMPLAINT
Case No. 15-cv-01039-H-JLB

## <u>PROOF OF SERVICE</u>
### <u>STATE OF CALIFORNIA, COUNTY OF SAN DIEGO</u>
### <u>FEDERAL RULE CIVIL PROCEDURE 5(b)</u>

I, the undersigned, hereby certify that I am a citizen of the United States and over the age of eighteen; I work in the County of San Diego, California, in which County the within mailing took place; and I am not a party to the subject case.  My business address is 2907 Shelter Island Dr., Ste 105

I am familiar with the practice of this law firm for the collection and processing of documents for mailing with the United States Postal Service, that the documents would be deposited with the United States Postal Service that same day in the ordinary course of business.

On December 9, 2016, I placed the within document(s) described as:

### REPLY TO OPPOSITION TO MOTION TO DISMISS

☐      BY MAIL:  I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon full prepaid at San Diego, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐      VIA FACSIMILE TRANSMISSION: I caused the above-described document(s) to be transmitted to the offices of the interested parties at the facsimile number(s) indicated on the attached Service List and the activity report(s) generated by facsimile number  indicated all pages were transmitted.

☒      BY ELECTRONIC FILING AND/OR   SERVICE: I caused the above-described document(s) to be to be electronically served on designated recipients listed on the attached Service List through the Court's electronic filing system.

☐      BY FEDERAL EXPRESS: I served such envelope or package to be delivered by FedEx Overnight service in an envelope or package designated by the FedEx carrier.

☐      BY PERSONAL SERVICE:   I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

☐      BY ELECTRONIC MAIL: I personally emailed this document to the offices of the interested parties indicated on the attached Service List.

Executed on December 9, 2016, at San Diego, California  92101.

/s/ Luke C. Zouvas
LUKE C. ZOUVAS

1
PROOF OF SERVICE

## SERVICE LIST

**Patrick Reinhold Costello**
US Securities and Exchange Commission
100 F Street N.E.
Washington, DC 20549-5985
202-551-3982
Fax: 202-772-9245
Email: costellop@sec.gov

*Attorney for Plaintiff Securities and Exchange Commission*

**Shaun Hoting**
Greenberg Traurig LLP
3161 Michelson Drive
Suite 1000
Irvine, CA 92612
949-732-6587
Fax: 949-732-6501
Email: hotings@gtlaw.com

*Attorney for Defendants Christopher D. Larson, Jason M. Schiprett, and Robert D. Jorgenson*

PROOF OF SERVICE