**Transferred case has been opened**
azddb_responses   to: InterdistrictTransfer_CASD          02/10/2017 11:43 AM

```
CASE: 3:16-cv-00998

DETAILS: Case transferred from California Southern
has been opened in DISTRICT OF ARIZONA
as case 2:17-cv-00427, filed 02/10/2017.
```